

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA



IN THE MATTER OF

CV 09 80 203MISC

William Henry Marioni - #74745

_____/

**ORDER TO SHOW CAUSE**

It appearing that William Henry Marioni has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that he may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why he should not be suspended from practice before this Court.

Dated:

_____
VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

William Henry Marioni
Office of the Public Defender, Room 106-J
600 Administration Drive
Santa Rosa, CA 95401